6

FILED

2016 OCT 31 AM 11: 05

CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re Unclaimed Funds Dividend check

Chapter 7

Case Number 2:15-bk-03443

Debtor(s) Graciela Elena Reyna Figueroa

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

There having been a dividend check in the above-named case issued to Graciela, in the amount of $3,548.43 and said check having not been cashed by said payee, the Trustee pursuant to 11 U. S. C. § 347 (a) of the Bankruptcy Code paid this unclaimed money to the Clerk, U. S. Bankruptcy Court, which was deposited in the United States Treasury.

Application is hereby made for the Clerk, U. S. Bankruptcy Court to pay this unclaimed money to Graciela Elena Reyna Figueroa.

I declare under penalty of perjury that the information provided in this application for payment of unclaimed funds is true and correct.

Graciela Reyne
*Signature required*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In Re: unclaimed Funds
Dividend Check

Case Number: 2:15-bk-03443

Chapter: 7

Debtor(s) Graciela Elena Reyna Figueroa

**NOTICE OF SERVICE**

Notice is hereby given that on __10-31-16__, a copy of the Application for Payment of Unclaimed Funds was mailed to the office of the United States Attorney for the District of Arizona, **2 Renaissance Square, 40 North Central Avenue, Suite 1200, Phoenix, Arizona 85004.**

by: _Graciela Reyna_
Signature Required