ORDERED ACCORDINGLY.

Dated: November 14, 2016



_____
**Brenda K. Martin, Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re                                      )
                                           )   Chapter 7
                                           )
GRACIELA ELENA REYNA FIGUEROA  )   Case No. 2:15-bk-03443-BKM
                                           )
                                           )   ORDER FOR PAYMENT
                                           )   OF UNCLAIMED FUNDS
            Debtor (s)                     )

There having been a dividend check in the above-named case issued to Graciela Elena Reyna Figueroa in the amount of $3,548.43 and said check having not been cashed by said payee, the trustee pursuant to 11 U.S.C. 347 (a) of the Bankruptcy Code paid this unclaimed money to the Clerk, U.S. Bankruptcy Court.

Application having been made to the Clerk, U. S. Bankruptcy Court to pay this unclaimed money to Graciela Elena Reyna Figueroa, and service having been made on the Office of the United States Attorney;

IT IS ORDERED that the application is granted and the Clerk, U. S. Bankruptcy Court is ordered to pay Graciela Elena Reyna Figueroa, unclaimed money in the amount of $3,548.43 which was held pursuant to 11 U. S. C. 347 (a) of the Bankruptcy Code.

SIGNED AND DATED ABOVE